UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YIWU LIZHISHA ACCESSORIES COL, LTD., d/b/a LISA ACCESSORIES FACTORY, and HONG KONG LIZHISHA JEWELRY CO., LIMITED, d/b/a HONG KONG LISA ACCESSORIES LIMITED,
                Plaintiffs,

-v-

JJAMZ, INC., and PUNCH FASHIONS, LLC,
                Defendants.

16-CV-6418 (JPO)

ORDER ADOPTING REPORT AND RECOMMENDATION

J. PAUL OETKEN, District Judge:

    On August 21, 2018, this Court granted Plaintiffs' motion for summary judgment against Defendants Jjamz, Inc. and Punch Fashions, LLC, and referred the matter to Magistrate Judge Sarah Netburn for an inquest on damages. (Dkt. No. 39.) Judge Netburn conducted a thorough and careful inquest and issued a Report and Recommendation (the "Report") that this Court award damages as specified in the Report. (Dkt. No. 44.) The Court has reviewed the Report.

    No party has filed a timely objection to the Report; therefore, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008). Magistrate Judge Netburn's well-reasoned Report presents no such errors and is therefore fully adopted by this Court.

    Accordingly, damages are awarded as calculated in the Report.

The Clerk of Court is directed to enter final judgment in favor of Plaintiffs as specified in the Report and to close this case.

SO ORDERED.

Dated: July 1, 2019
   New York, New York

J. PAUL OETKEN
United States District Judge